ADRIENNE C. PUBLICOVER (SBN 161432)
adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
THRIVENT INVESTMENT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THRIVENT INVESTMENT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ROBB, Real Party-in-Interest individually and as ADMINISTRATOR/EXECUTOR OF THE ESTATE OF MARTHA ROBB BAYER, and DOES 1-10, <br><br> Defendants. | Civil No. 1:15-cv-00618 JLT <br><br> ORDER FOR STIPULATED JUDGMENT |

Pursuant to the stipulation of Plaintiff THRIVENT INVESTMENT MANAGEMENT, INC. ("TIMI") through its counsel of record, and defendant JOHN ROBB real-party-in-interest, individually and as Administrator/Executor of the Estate of Martha Robb Bayer ("John Robb" or "Defendant") on his own behalf:

IT IS HEREBY ADJUDGED AND DECREED:

1.    That this Court has jurisdiction over the parties and this dispute;

2.    That due to mutual mistake, the TIMI Brokerage Account no. TY4-074730 at issue in the litigation ("the TIMI Brokerage Account"), is hereby reformed and denominated a Transfer on Death ("TOD"), account with all of the rights, privileges and obligations attendant thereto, effective from the establishing of the account in 2006;

3.    That defendant John Robb is primary beneficiary of the TIMI Brokerage Account;

4.    That Ursula Robb is contingent beneficiary of the TIMI Brokerage Account;

5.    That on account of the death of Martha Robb Bayer, John Robb Bayer as primary beneficiary is declared the owner of the TIMI Brokerage Account;

6.    That defendant John Robb, his heirs, successors, assigns, agents, and/or representatives are permanently enjoined from instituting or prosecuting in any State, or United States, Court any proceeding against TIMI and its heirs, successors, executors, administrators, agents, assigns, parent companies, affiliates, subsidiaries, related companies, contractors, officers, directors, employees, successors, attorneys, agents and brokers, arising out of or relating to the establishing of the TIMI Brokerage Account, John Robb's claim for ownership of the TIMI Brokerage Account and/or the handling of John Robb's request to transfer ownership of the TIMI Brokerage Account;

7.    That each side shall bear their own costs and attorneys' fees.

8.    That the Clerk of Court is directed to close the file since this matter has now been resolved in its entirety.

**IT IS SO ORDERED.**

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT